Case 1:18-cr-10006-PBS Document 124 Filed 10/16/20 Page 1 of 2

FILED
IN CLERKS OFFICE
2020 OCT 16 AM 10: 59
U.S. DISTRICT COURT
DISTRICT OF MASS.

Dear Judge Patti B. Saris,

Good Morning Your honor my name is Dominique Finch am at an impass with a situation I tried to resolve in house. Unfortunately I was mislead on the process of obtaining Compassionate release. Due to the new information I obtained am now at your discretion. Your honor I would please ask that you consider the times we are in, it is very impertinent. So as you consider me for compassionate release please think of what Covid-19 main point of Emphasis is the respiratory system. I have been incarcerated for 3 years. I suffer from shortness of breath, pain in my chest, diabetes high risk, overweight and Asthma. This puts me at a very high risk for infection if this happens to enter the facility am in. I have been incident free for 2 yrs. I have done my due diligence so I have housing with my fiancee & my 3 year old son, I also have employment ready & waiting. I am willing and ready to accept & abide by the rules of home confinement. I also do want you to be aware of my medical situation it is well documented,

I have records if need be. Also keep in mind I am not a high risk of danger to my family or community. My support system is ready & willing to assist me in anyway possible, so I can get back to my family. I am an assest to my family when am present and as we know tomorrow is not promised. So please as you take this into consideration think of family and how short life can be thank you and have a wonderful day.